LATHAM & WATKINS LLP
Miles N. Ruthberg (Bar No. 086742)
miles.ruthberg@lw.com
Peter Devereaux (Bar No. 119666)
peter.devereaux@lw.com
Terri L. Lilley (Bar No. 222764)
terri.lilley@lw.com
355 South Grand Avenue
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

LATHAM & WATKINS LLP
Pamela S. Palmer (Bar No. 107590)
pamela.palmer@lw.com
Angela K. Knarr (Bar No. 216032)
angie.knarr@lw.com
650 Town Center Drive, Suite 2000
Costa Mesa, California 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Attorneys for Defendants

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 2 5 2009

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SHELDON PITTLEMAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,<br><br>Defendants. | Master File No.<br>SACV-07-00970-AG(MLGx)<br><br>(Consolidated Cases)<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ JUDGMENT |

Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint came before the Court for hearing on March 9, 2009, Honorable Judge Andrew J. Guilford, presiding. Having reviewed and considered the briefs, arguments, and other materials filed by the parties in support of, and in opposition to, the Motion,

and having heard and considered oral argument by counsel on the parties' respective positions, the Court GRANTED Defendants' Motion to Dismiss without leave to amend, and DISMISSED the Third Amended Complaint on the grounds set forth in this Court's March 9, 2009 Order. In accordance with Fed. R. Civ. Proc. 58(a):

JUDGMENT is hereby entered IN FAVOR OF DEFENDANTS Impac Mortgage Holdings, Inc., William Ashmore, and Joseph Tomkinson and AGAINST PLAINTIFF.

Dated: MARCH 25, 2009

Hon. Andrew J. Guilford
United States District Judge